## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHLEEN SANDERS | |
| Plaintiff | |
| vs. | CIVIL ACTION NO.:  PJM  -09-CV-01225 |
| MANN BRACKEN, L.L.P. | |
| Defendant | |

### ANSWER TO COMPLAINT

Mann Bracken, L.L.P., by and through counsel, in answer to the Complaint filed herein states as follows:

### FIRST DEFENSE

1.   In answer to the allegations in Paragraph 1 of the Complaint, Defendant admits that Plaintiff has brought suit under the Fair Debt Collection Practices Act but denies that Plaintiff is entitled to the relief requested.

2.   The allegations in Paragraph 2 of the Complaint relate to venue for which an answer either admitting or denying the assertions is not required.

3.   In answer to the allegations in Paragraph 3 of the Complaint, Defendant admits, upon information and belief, that Plaintiff is a resident of Kilgore, Texas but is without sufficient information to admit or deny that Plaintiff is deemed a consumer under the Fair Debt Collection Practices Act.

4.   In answer to the allegations in Paragraph 4 of the Complaint, Defendant avers that it is a limited liability partnership organized under the laws of the State of Delaware and is a law firm with its principal place of business in Rockville, Maryland.

5.      Defendant is without sufficient information to admit or deny the allegations in Paragraph 5 of the Complaint.

6.      Defendant is without sufficient information to admit or deny the allegations in Paragraph 6 of the Complaint.

7.      In answer to the allegations in Paragraph 7 of the Complaint, Defendant avers that it was retained by its client to pursue collection of the debt owed by the Plaintiff.

8.      In answer to the allegations in Paragraph 8 of the Complaint, Defendant admits that it made attempts to collect the debt from the Plaintiff through communications.

9.      Defendant denies the allegations in Paragraph 9 of the Complaint.

10.     Defendant denies the allegations in Paragraph 10 of the Complaint.

11.     Defendant denies the allegations in Paragraph 11 of the Complaint.

12.     Defendant denies the allegations in Paragraph 12 of the Complaint.

13.     In answer to the allegations in Paragraph 13 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

14.     Defendant denies the allegations in Paragraph 14 of the Complaint.

15.     Defendant denies the allegations in Paragraph 15 of the Complaint.

16.     Defendant denies the allegations in Paragraph 16 of the Complaint.

17.     Defendant denies the allegations in Paragraph 17 of the Complaint.

18.     Defendant denies the allegations in Paragraph 18 of the Complaint.

19.     In answer to the allegations in Paragraph 19 of the Complaint, Defendant realleges and incorporates by reference its answer to the preceding paragraphs.

20.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 20 of the Complaint.

21.     Defendant is without sufficient information to admit or deny the allegations in Paragraph 21 of the Complaint.

22.     Defendant denies the allegations in Paragraph 22 of the Complaint.

23.     Defendant denies the allegations in Paragraph 23 of the Complaint.

24.     Defendant denies the allegations in Paragraph 24 of the Complaint.

WHEREFORE, having fully answered the Complaint, Defendant asks that it be dismissed, with prejudice, with costs, expenses and attorney fees assessed against the Plaintiff.

THE LAW OFFICES OF RONALD S. CANTER, LLC


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
11300 Rockville Pike, Suite 1200
Rockville, MD 20852
Telephone:  301-770-7490
Facsimile:  301-770-7493
E-Mail:  rcanter@roncanterllc.com
Attorney for Defendant

CERTIFICATE OF SERVICE

The undersigned does hereby certify that a true and correct copy of the foregoing was served upon the individual listed below by Electronic Notification and by First Class Mail, Postage Prepaid on this 7th day of August, 2009 to:


Forrest E. Mays, Esquire
2341 N. Forrest Drive, Suite 90
Annapolis, MD  21403
Attorney for Plaintiff


/s/ Ronald S. Canter
Ronald S. Canter, Esquire
Attorney for Defendant